IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY, | ) ) ) | |
| PLAINTIFF, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO.: 2:22-cv-00224-RDP |
| TAYLOR BURTON CO., INC., a corporation, BLAKE PITTMAN, an individual, RYAN GOOLSBY, an individual, and 2805 WISTERIA DRIVE, LLC, a limited liability company, | ) ) ) ) ) ) ) | OPPOSED |
| DEFENDANTS. | ) | |

## **FRANKENMUTH'S MOTION TO DISMISS AMENDED COUNTERCLAIM**

Counterclaim Defendant Frankenmuth Mutual Insurance Company, by counsel, moves this Court pursuant to Rule 12(b)(6), and based on the claims not being ripe, to dismiss Taylor Burton Co., Inc.'s and Blake Pittman's Amended Counterclaim Complaint (Doc. 20). The reasons in support of this Motion are set forth more fully in the accompanying Memorandum in Support.

Prior to filing this motion, the parties' respective counsel conferred regarding the issues and were unable to amicably resolve; thus, the motion is opposed.

Dated: May 9, 2022.

                                        Respectfully submitted,

                                        /s/ Kori L. Clement
                                        Kori L. Clement
                                        Attorney for Frankenmuth Mutual
                                        Insurance Company

OF COUNSEL
Klasing, Williamson & Burke, P.C.
1601 Providence Park
Birmingham, Alabama 35242
Telephone: (205) 980-4733
Email: clem@harelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2022, I served a copy of the foregoing motion upon all parties to this matter by filing same via the Pacer system which will cause a copy to be electronically served upon all participants in that system, or by placing a copy of the notice in the United States mail to each of the following, properly addressed, with first class postage pre-paid:

Stephen E. Whitehead, Esquire
Jennifer W. Wall, Esquire
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road, Suite 100
Birmingham, Alabama 35213

William F. Smith, II, Esquire
Vernis & Bowling of Birmingham, LLC
2021 3rd Avenue North, 2nd Floor
Birmingham, Alabama 35203

/s/ Kori L. Clement
Of Counsel